UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANNON WOLFE, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) Case No.: 2:15-cv-00757-CB ) |
| VERDE ENERGY USA, INC., | ) ) ) |
| Defendant | ) ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without Rule 54(d)(1) costs to either party.

| | |
|---|---|
| */s/ Kevin P. Allen* | */s/ Craig Thor Kimmel* |
| Kevin P. Allen | Craig Thor Kimmel, |
| Eckert, Seamans, Cherin & Mellott, LLC | Kimmel & Silverman, P.C. |
| U.S. Steel Tower | 30 East Butler Pike |
| 600 Grant Street, 44th Floor | Ambler, PA 19002 |
| Pittsburgh, PA 15219 | Phone: (215) 540-8888 |
| Phone: (412) 566-6866 | Email: kimmel@creditlaw.com |
| Email: kpallen@eckertseamans.com | |
| | Attorney for the Plaintiff |
| Attorney for the Defendant | |
| | Date: October 13, 2015 |
| Date: October 13, 2015 | |

BY THE COURT:

October 14, 2015          s\Cathy Bissoon
                                                          J.